IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania     :
Ex Rel. Simeon Bozic,            :
                 Appellant    :
                              :
          v.               :     No. 2760 C.D. 2015
                              :
Superintendent, Robert Gilmore,  :
State Correctional Institution   :
Greene, Pennsylvania Department  :
of Corrections                   :

# O R D E R

NOW, January 23, 2017, having considered appellant's application for reargument, the application is denied.

                                               

                                             MARY HANNAH LEAVITT,
                                             President Judge